IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WARREN WILLIAMS, #M-40803, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-cv-01289-JPG-SCW |
| ) | |
| ARBUCKLE, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 66) of Magistrate Judge Stephen C. Williams recommending that this Court grant Plaintiff Warren Williams' Motion and Declaration for Emergency (Doc. 34). Neither party has filed an objection to the R & R and the time for filing an objection has expired.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report and Recommendation and has reviewed the R & R for clear error. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous and that the Plaintiff is entitled to preliminary injunction relief.

Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 66) and **GRANTS** Plaintiff Warren Williams' Motion and Declaration for Emergency (Doc. 34).

Also before the Court is Plaintiff's Motion for Reconsideration (Doc. 48) requesting reconsideration of this Court's Order (Doc. 30) denying injunctive relief.  As injunctive relief has now been granted, Plaintiff's Motion for Reconsideration (Doc. 48) is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED:**  4/28/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT
DISTRICT JUDGE**